[No. 48053-7-I. Division One. July 29, 2002.]

MARIE P. WYLDE, ET AL., *Appellants*, v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-18294-4, Mary Yu, J., entered January 24, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 48182-7-I. Division One. July 29, 2002.]

OPHELIA R. EALY, *as Administrator, Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-16223-4, Robert H. Alsdorf, J., entered February 8, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Appelwick and Schindler, JJ.

[No. 48415-0-I. Division One. July 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK L. ZAMFINO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05260-6, James A. Noe Jr., J. Pro Tem., entered April 23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48431-1-I. Division One. July 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT A. KOLOSKE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00317-4, Kenneth L. Cowsert, J., entered April 4, 2001. *Affirmed* by unpublished per curiam opinion.